**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**WILLIAM JOHNSON,**

**Plaintiff,**

**v.** **Case No. 1:25-cv-274-AW-ZCB**

**SUNCOAST RADIO, INC. and KOZACKO MEDIA SERVICES,**

**Defendants.**

_______________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

William Johnson, the pro se Plaintiff, sued Suncoast Radio, Inc., and Kozacko Media Services. The operative complaint—the second amended—alleges a § 1981 violation based on retaliation. ECF No. 5. Kozacko Media Services moved to dismiss, ECF No. 12, and the magistrate judge issued a report and recommendation concluding the court should grant that motion to dismiss, ECF No. 30. Johnson filed objections (ECF No. 32), and I have considered de novo the issues he has raised.

I agree with the magistrate judge that Johnson has not established personal jurisdiction over Kozacko Media Services. I therefore adopt the report and recommendation (ECF No. 30) and incorporate it into this order. Kozacko Media Services' amended motion to dismiss (ECF No. 12) is GRANTED, and Johnson's claim against Kozacko Media Services is dismissed without prejudice. Johnson's objections are overruled.

SO ORDERED on September 1, 2026.

s/ *Allen Winsor*
Chief United States District Judge